IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DONALD A. PIERCE, :
:
    Plaintiff :
:
v. : CASE NO. 7:08-CV-6 (HL)
:
HOWARD MADDOX, :
:
    Defendant :

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

    The Recommendation of the United States Magistrate Judge (Doc. 16) filed December 17, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

    No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

    **SO ORDERED,** this the 13th day of January, 2009.

                             *s/ Hugh Lawson*
                             **HUGH LAWSON, Judge**
                             **United States District Court**